UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                        Case No:    05-1744

MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE

    Defendant.

_____/

**PROOF OF SERVICE**

To the Clerk:

    Attached for filing, please find Affidavit of Service in the above captioned case indicating that Daniel F. Portnoy, Process Server served Defendant via personal service on September 20, 2005. The return receipt attached hereto indicates that the Defendant received the Summons and Complaint on September 20, 2005.

Dated this 4th day of October 2005.

                                                        /s/ Joel R. Zuckerman
                                                        Joel R. Zuckerman, Esquire
                                                        Federal Bar No. 480152
                                                        Schwartz Zweben & Slingbaum, LLP
                                                        51 Monroe Street, Suite 812
                                                        Rockville, Maryland 20850
                                                        Telephone:    (301) 294-6868
                                                        Facsimile:    (301) 294-6480
                                                        *Attorney for Plaintiff*