AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] * | DATE 9/20/05 | TIME 11:00 AM |
|---|---|---|
| NAME OF SERVER *(PRINT)* Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   **By serving Andrew Kline, Esquire, authorized to accept.   Service was completed at 1225 19th Street, NW, Suite 320, Washington, DC 20036**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     9/20/05
                 Date

Signature of Server

Address of Server

**\*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge For All Purposes and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.