UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

CASE NO: 05-1744

vs.

MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE

    Defendant.
_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, MANDARIN PALACE, INC.

COMES NOW, Plaintiff, RUSSELL HOLT, by and through his undersigned counsel and files this Motion for Default as to Defendant, MANDARIN PALACE, INC. and as grounds would state:

1.    On August 31, 2005, the Plaintiff filed the Complaint against the Defendant, MANDARIN PALACE, INC.

2.    On September 20, 2005 the Defendant, MANDARIN PALACE, INC. was served with the Summons and Complaint. A response was due on October 11, 2005.

3.    Defendant, MANDARIN PALACE, INC. nor any other representative has contacted Plaintiff's counsel or filed an Answer or any other responsive pleading.

WHEREFORE, Plaintiff, RUSSELL HOLT, respectfully requests that this Honorable Court issue a Clerk's Default against the Defendant, MANDARIN PALACE, INC., for failure to timely file a responsive pleading.

Dated this 14th day of October 2005.

        Respectfully submitted,

        /s/ Joel R. Zuckerman
        Joel R. Zuckerman, Esquire
        District of Columbia Bar No.: 480152
        Schwartz Zweben & Slingbaum, LLC
        51 Monroe, Suite 812
        Rockville, Maryland 20850
        Telephone:   (301) 294-6868
        Facsimile:   (301) 294-6480
        *Attorney for Plaintiff*