UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RUSSELL HOLT

     Plaintiff,

vs.

CASE NO: 05-1744

MANDARIN PALACE, INC.
d/b/a   MANDARIN PALACE

     Defendant.
_____/

### CLERK'S DEFAULT AGAINST DEFENDANT, MANDARIN PALACE, INC.

A Default is entered against the Defendant, MANDARIN PALACE, INC., for failure to timely file a responsive pleading.

DONE AND ORDERED at Washington, DC this ____ day of _____, 2005.

_____
United States District Court
For the District of Columbia

Copies furnished to:

Joel R. Zuckerman, Esquire