UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                                   CASE NO.: 05-1744

MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE

    Defendant.
_____/

### WITHDRAWAL OF MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, MANDARIN PALACE, INC.

COMES NOW, Plaintiff, RUSSELL HOLT by and through his undersigned counsel and hereby withdraws his Motion for Clerk's Default Against Defendant, MANDARIN PALACE, INC. d/b/a MANDARIN PALACE.

Dated this 18th day of October 2005.

                                        Respectfully submitted,

                                        /s/Joel R. Zuckerman
                                        Joel R. Zuckerman, Esq.
                                        District of Columbia Bar No.: 480152
                                        Schwartz Zweben & Slingbaum, LLP
                                        51 Monroe St., Suite 812
                                        Rockville, Maryland 20850
                                        Telephone:   (301) 294-6868
                                        Facsimile:    (301) 294-6480
                                        *Attorney for Plaintiff*