UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.          CASE NO.: 05-1744

MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE

    Defendant.
_____/

## WITHDRAWAL OF MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, MANDARIN PALACE, INC.

COMES NOW, Plaintiff, RUSSELL HOLT by and through his undersigned counsel and hereby withdraws his Motion for Clerk's Default Against Defendant, MANDARIN PALACE, INC. d/b/a MANDARIN PALACE.

Dated this 18th day of October 2005.

        Respectfully submitted,

        _____/s/Joel R. Zuckerman_____
        Joel R. Zuckerman, Esq.
        District of Columbia Bar No.: 480152
        Schwartz Zweben & Slingbaum, LLP
        51 Monroe St., Suite 812
        Rockville, Maryland 20850
        Telephone:  (301) 294-6868
        Facsimile:  (301) 294-6480
        *Attorney for Plaintiff*