UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT
    Plaintiff,
vs.                                          **Case No:    05-1744**
                                                    **Initial Status Conference:**
                                                          **January 23 at 4:00 p.m**.
MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE
    Defendant.

_____/

**CONSENT MOTION TO CONTINUE AND/OR CANCEL
INITIAL STATUS CONFERENCE**

Come now the Parties, by and through their respective counsel, and hereby file this Consent Motion to Continue and/or Cancel Initial Status Conference presently scheduled for Monday, January 23, 2006 at 4:00 p.m. and as ground therefore, state:

    1.    On January 17, 2006, this Honorable Court re-scheduled the Initial Status Conference for Monday, January 23, 2006 at 4:00 p.m.

    2.    This is a case brought by the Plaintiff against the Defendant for alleged violations of Title III of the Americans with Disabilities Act at a restaurant owned and operated by the Defendant in the District of Columbia.

    3.    The parties have been in settlement discussions over the past several weeks.  In fact, counsel for the parties met at the restaurant at issue on January 18, 2006 and as a result of that meeting, the parties have reached a tentative agreement in principal on the substantive matters before the Court.  The parties are hopeful that a written settlement agreement will be fully executed within next thirty days that will fully resolve

all issues before the Court. Upon execution of a written settlement agreement, the parties will file a Stipulation of Dismissal, dismissing the case with prejudice.

WHEREFORE, the premises considered, the parties request that the Initial Status Conference presently scheduled for January 23, 2006 at 4:00 be cancelled, and/or postponed and rescheduled at a later date.

Dated this 19th day of January, 2006.

/s/ Joel R. Zuckerman
Joel R. Zuckerman, Esquire
D.C. No. 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, Maryland 20850
Telephone:    (301) 294-6868
Facsimile:     (301) 294-6480
*Attorney for Plaintiff*

/s/
Andrew Kline, Esquire
Scott H. Rome, Esquire.
Law Offices of Andrew J. Kline, P.C.
D.C. No. 476677
1225 Nineteenth St., Suite 320
Washington, D.C. 20036
Telephone:    (202) 626-7600
Facsimile:     (202) 293-3130
*Attorney for Defendant*