UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT
    Plaintiff,

vs.                                                        **Case No:     05-1744**
                                                    **Initial Status Conference:**
                                                          **January 23 at 4:00 p.m**.

MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE
    Defendant.

_____/

**ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Cancel and/or Postpone the Initial Status Conference presently scheduled for Monday, January 23, 2006 at 4:00 p.m., it is, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Initial Status Conference is hereby cancelled; and it is further

ORDERED, that the parties shall submit a status report within thirty days from the entry of this Order.

                                                                         _____
                                                                         James S. Robertson, Judge
                                                                         United States District Court

Copies to:

Joel R. Zuckerman, Esq.
Andrew J. Kline, Esq.
Scott H. Rome, Esq.