UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RUSSELL HOLT
    Plaintiff,

vs.                                      CASE NO: 05-1744
                                           **Initial Status Conference:**
                                           **February 27, 2006 at 4:30 p.m.**

MANDARIN PALACE, INC.
d/b/a   MANDARIN PALACE

    Defendant
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, by and through undersigned counsel, and with the <u>consent</u> of the Defendant, hereby files this Notice of Settlement. The parties have reached an agreement resolving all issues in the above referenced matter and expect to file a Stipulation of Dismissal, dismissing this case with prejudice, no later than March 13, 2006.

                                            Respectfully submitted:

                                            _____/s/_____
                                            Joel R. Zuckerman, Esq.
                                            D.C. Bar No.: 480152
                                            *Schwartz Zweben & Slingbaum, LLP.*
                                            *Attorneys for Plaintiff*
                                            51 Monroe St., Suite 812
                                            Rockville, Maryland 20850
                                            (301)294-6868

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___27th___ day of February, 2006, a copy of the foregoing was sent, via this court's electronic case filing system, to all counsel of record in this matter.

                                            /s/_____
                                            Joel R. Zuckerman