**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


RUSSELL HOLT
     Plaintiff,
vs.                                      **Case No:    05-1744**


MANDARIN PALACE, INC.
d/b/a MANDARIN PALACE
     Defendant.


_____/


**JOINT STIPULATION OF DISMISSAL (WITH PREJUDICE)
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the **case with prejudice**. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties up to and through August 31, 2006.

Dated:  March 15, 2006

| | |
|---|---|
| RUSSELL HOLT | MANADARIN PALACE, INC. |
| PLAINTIFF | DEFENDANT |
| | |
| SCHWARTZ ZWEBEN & | LAW OFFICES OF ANDREW KLINE |
| ASSOCIATES, LLP. | 1225 Nineteenth St. |
| 51 Monroe St., Suite 812 | Suite 320 |
| Rockville, Maryland 20850 | Washington, D.C. |
| (301)294-6868 | (202) 686-7600 |
| (301)294-6480—fax | (202)293-3130 --- fax |

By: _____/s/_____       By: _____/s/_____

Joel R. Zuckerman, Esquire                 Andrew Kline, Esquire
D.C. Bar No.:  480152                      D.C. Bar No. 433705


Approved, this _____ day of _____, 2006.


                            _____
                            Judge, United States District Court
                            For the District of Columbia